**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 97-1216

———————

United States of America,        \*

                             \*

      Plaintiff - Appellee,      \*

                             \*   Appeal from the United States

     v.                    \*   District Court for the

                             \*   Western District of Missouri.

Phillip S. Douglass,        \*

                             \*    [UNPUBLISHED]

      Defendant - Appellant.   \*

———————

Submitted: June 10, 1997
Filed: July 8, 1997

———————

Before BOWMAN, FLOYD R. GIBSON, and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

———————

PER CURIAM.

After the district court[1] denied his motion to suppress evidence, Phillip S. Douglass pleaded guilty to one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and was sentenced to forty-eight months imprisonment, followed by a five year period of supervised release. Douglass preserved his right to appeal the adverse ruling on his

———————

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

motion to suppress.  After carefully reviewing the record before us and the parties' briefs, we affirm the district court's decision.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.